# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Webster Capital Finance, Inc.,
*Plaintiff*
v.   Civil Action No.   5:09-1570-MBS

Startrans, Inc., Robert L. Williamson, and Victor W. Thompson
*Defendants*

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, Webster Capital Finance Inc., recover from the defendants, Robert L. Williamson, and Victor W. Thompson, jointly and severally the amount of Nine Hundred Ninety-Three Thousand, Four Hundred Seventy-One and 54/100 ($993,471.54) Dollars plus interest from March 4, 2010 to the date of this judgment at a rate of Four Hundred Seventy-One and 96/100 ($471.96) Dollars per diem, plus late charges in the amount of Forty-Two Thousand, Eight Hundred Forty-Five and 82/100 ($42,845.82) Dollars without interest, plus attorneys' fees and costs in the amount of Twenty-One Thousand, Thirty-Nine and 27/100 ($21,039.27) Dollars. Post Judgment interest shall run at the statutory rate of .26 %.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date:   October 13, 2010                              *CLERK OF COURT*

                                                     s/Angie Snipes

                                                     *Signature of Clerk or Deputy Clerk*